JS6 Entered

FILED
CLERK, U.S. DISTRICT COURT

JAN 2 0 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-20-15

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ,<br><br>    Petitioner,<br><br>vs.<br><br>M. SPEARMAN, Warden, et al.,<br><br>    Respondent. | Case No. CV14-9865-VAP (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: January 13 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE